UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00131 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHASITY STURM | MAGISTRATE JUDGE HANNA |

**ORDER**

This matter was **REFERRED** to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, CHASITY STURM, is **ACCEPTED** and she is finally adjudged guilty of the offenses charged in Counts One and Two of the Indictment consistent with the Report and Recommendation.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29th day of July, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT